THE HONORABLE MICHAEL W. MOSMAN

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| PAUL J. BECK,<br><br>                Plaintiffs,<br><br>        v.<br><br>SHELLPOINT MORTGAGE SERVICING;<br>QUALITY LOAN SERVICE CORPORATION<br>OF WASHINGTON; DOES 1 through 3<br><br>                Defendants. | Case No.  3:19-cv-00063-MO<br><br>STIPULAED NOTICE OF<br>VOLUNTARY DISMISSAL WITH<br>PREJUDICE |

TO: Clerk of Court
AND TO: All named Defendants and their attorneys

PLEASE TAKE NOTICE that Plaintiff through its Attorney, John A. Cochran, is dismissing the above-entitled cause of action in its entirety and provide notice of the same pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1.      The Plaintiffs filed their Federal Complaint on January 14, 2019 in Oregon District Court.

2.      Plaintiffs and Defendants have agreed to settle their differences amicably and as part of that settlement, Plaintiff agrees to dismiss the above case with prejudice.

3.      To date, Defendants have neither answered nor moved for summary judgment.

Plaintiff files this Notice of Dismissal with the intention to dismiss the case under Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice.

Dated April 18, 2019.

/s/ John A. Cochran, OSB No. 020022
Counsel for Paul J. Beck

1 –PLAINTIFFS' NOTICE OF DISMISSAL

*PACIFIC PROPERTY LAW LLC*
*8002 NE Hwy 99, Ste. B, #64, Vancouver, WA 98665*
*Telephone (503) 756-0299 –*
*Email johnpplllc@gmai.com*